A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Feb 10, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
FEB 10 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 10, 2009

FILED
CLERK'S OFFICE

IN RE: COUNTRYWIDE FINANCIAL
CORP. MORTGAGE MARKETING
AND SALES PRACTICES LITIGATION

MDL No. 1988

08-cv-61511

### TRANSFER ORDER

**Before the entire Panel**[*]: The attorney general plaintiffs in the three actions listed on Schedule A move pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring the actions to the Southern District of California for inclusion in MDL No. 1988. Countrywide Financial Corp. (Countrywide) and/or affiliated entities[1] oppose the motions to vacate with respect to the Indiana and West Virginia actions; they have not filed a response to the motion to vacate in the Florida action, because claims against them in this action have been settled.[2] Defendant Angelo R. Mozilo opposes the motion to vacate in the Florida action, has withdrawn his opposition to the motion to vacate in the West Virginia action, and is not named as a defendant in the Indiana action.

After considering all argument of counsel, we find that these actions involve common questions of fact with actions in this litigation previously transferred to the Southern District of California, and that transfer of these actions to the Southern District of California for inclusion in MDL No. 1988 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Southern District of California was a proper Section 1407 forum for actions arising out of allegations that Countrywide engaged in predatory lending practices by (1) originating and/or servicing residential mortgages in an unlawful, unfair or deceptive fashion; (2) misrepresenting or concealing the terms, risk, or suitability of the loans; and/or (3) placing borrowers in loans that they could not afford. The Panel also found that state enforcement actions were appropriate for inclusion

---

[*] Judge Hansen took no part in the disposition of this matter.

[1] Countrywide Bank, FSB; Countrywide Home Loans, Inc.; and Bank of America Corp.

[2] The Panel has been informed that claims against Countrywide and affiliated entities have also been settled in the West Virginia action pursuant to final judgment by consent decree entered on February 3, 2009.

- 2 -

in MDL No. 1988 proceedings and the transferee judge can coordinate any remaining settlement issues in these actions. *See* In re Countrywide Financial Corp. Mortgage Marketing and Sales Practices Litigation, 582 F.Supp.2d 1373 (J.P.M.L. 2008).

Pending motions for remand to state court in the Indiana and West Virginia actions can be presented to the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of California and, with the consent of that court, assigned to the Honorable Dana M. Sabraw for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| J. Frederick Motz | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen* |
| W. Royal Furgeson, Jr. | Frank C. Damrell, Jr. |

I hereby attest and certify on ̲2̲/̲1̲0̲/̲0̲9̲
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy

IN RE: COUNTRYWIDE FINANCIAL
CORP. MORTGAGE MARKETING
AND SALES PRACTICES LITIGATION          MDL No. 1988

## SCHEDULE A

Southern District of Florida

Office of the Attorney General, Department of Legal Affairs, State of Florida v.
Countrywide Financial Corp., et al., C.A. No. 0:08-61511

Northern District of Indiana

State of Indiana v. Countrywide Financial Corp., et al., C.A. No. 1:08-226

Southern District of West Virginia

State of West Virginia ex rel. Darrell V. McGraw, Jr. v. Countrywide Financial Corp.,
et al., C.A. No. 3:08-1093